# UNITED STATES DISTRICT COURT
# DISTRICT OF DELAWARE

| | |
|---|---|
| MATTHEW JONES, ) | |
| ) | |
| Plaintiff, ) | Case No. 1:23-cv-1390-CFC |
| ) | |
| v. ) | |
| ) | |
| APPLIED MOLECULAR TRANSPORT INC., ) | JURY TRIAL DEMANDED |
| SHAWN CROSS, CHARLENE BANARD, ) | |
| TAHIR MAHMOOD, HOLLY SCHACHNER, ) | |
| JOHN W. SMITHER, and AARON ) | |
| VANDEVENDER, ) | |
| ) | |
| Defendants. ) | |

## PLAINTIFF'S NOTICE OF VOLUNTARY DISMISSAL

PLEASE TAKE NOTICE that, pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i), plaintiff voluntarily dismisses the claims in the above-captioned action (the "Action"). Defendants have neither served an answer or a motion for summary judgment in the Action.

Dated: February 22, 2024          **LONG LAW, LLC**

By:   */s/ Brian D. Long*
       Brian D. Long (#4347)
       3828 Kennett Pike, Suite 208
       Wilmington, DE 19807
       Telephone: (302) 729-9100
       Email: BDLong@longlawde.com

       *Attorneys for Plaintiff*